USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RICHARD McMUNN and ABIGAIL RAIMO, on Behalf of Themselves and All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:05-cv-00295-NRB |
| SHIRLEY D. PETERSON, JOHN W. BALLANTINE, LEWIS A. BURNHAM, DONALD L. DUNAWAY, JAMES R. EDGAR, PAUL K. FREEMAN, ROBERT B. HOFFMAN, FRED B. RENWICK, JOHN G. WEITHERS, WILLIAM P. SOMMERS, WILLIAM N. SHIEBELER, RICHARD T. HALE, DEUTSCHE BANK AMERICAS HOLDING CORPORATION, SCUDDER INVESTOR SERVICES, INC., DEUTSCHE ASSET MANAGEMENT, INC., and JOHN DOE DEFENDANTS NO. 1 through 100, | § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss this action, which has not been certified as a class action, without prejudice.

Dated: April 12, 2005.

RESPECTFULLY SUBMITTED,

Perry Weitz
Gary Klein (GK-5632)
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, New York 10038-4925
(212) 558-5500
(212) 344-5461 fax

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax

Date: April 15, 2005

SO ORDERED:

United States District Judge